Michael N. Feuer, City Attorney, (SBN: 111529)
Joseph A. Brajevich, General Counsel, (SBN: 156144)
Timothy J. Chung, Deputy City Attorney, (SBN: 173713)
John A. Carvalho, Deputy City Attorney, (SBN: 189895)
John.Carvalho@ladwp.com
LOS ANGELES DEPARTMENT OF WATER & POWER
111 North Hope Street, Room 340
Los Angeles, CA 90012
Telephone: (213) 367-2115
Facsimile: (213) 241-1444

Attorneys for Defendants LOS ANGELES DEPARTMENT
OF WATER & POWER, CITY OF LOS ANGELES,
MARCIE L. EDWARDS, and ERIC MONTAG

THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASHAT M. HABIB; | ) CASE NO.: 2:17-CV-7237-R-PJW |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| LOS ANGELES DEPARTMENT OF WATER & POWER (LA DWP, et al. | ) |
| Defendants. | ) |

This action came before the Court on a Motion to Dismiss pursuant to FED. R.

CIV. PRO. 12(b)(6) filed by defendants Los Angeles Department of Water and Power,

City of Los Angeles, Marcie Edwards and Eric Montag (collectively "Defendants").

After having read and considered the moving and opposition papers, and following oral

1

argument on January 24, 2018, the Court GRANTED Defendants' Motion to Dismiss (See Dckt. No. 29).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Defendants, that Plaintiff take nothing, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ADJUDGED.

DATED: January 29, 2018

_____

HONORABLE MANUEL L. REAL